United States Courts
Southern District of Texas
FILED
*July 22, 2026*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL ACTION NO. 4:26-cr-459** |
| | § | |
| | § | |
| **RAYNOR SHOUNG REN GOH** | § | |

**INDICTMENT**

THE GRAND JURY CHARGES:

**COUNT ONE**
**(Receipt or Possession of Unregistered Firearm – 26 U.S.C. §5861(d))**

From on or about November 3, 2025, until April 3, 2026, in the Southern District of Texas, the defendant,

**RAYNOR SHOUNG REN GOH,**

knowingly possessed a firearm as defined in Title 26, United States Code, Section 5845(a), that is, a weapon made from a Colt M4 Carbine rifle modified to have an overall length of less than 26 inches and a barrel or barrels of less than 16 inches in length, not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

**NOTICE OF CRIMINAL FORFEITURE**

(18 U.S.C. § 924(d)(1); 26 U.S.C. § 5872; 28 U.S.C. § 2461)

1. Pursuant to Title 18, United States Code, Section 924(d)(1), Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), the United States gives notice to defendant, RAYNOR SHOUNG REN GOH, that upon conviction of a violation of Title 26, United States Code, Section 5861(d), as charged in Count One of the Indictment, all firearms

and ammunition involved in or used in such offense, are subject to forfeiture, including but not limited to, a Colt M4 Carbine with serial number CR82771.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

GRAND JURY FOREPERSON

AARON F. REITZ
UNITED STATES ATTORNEY

By: Rodolfo Ramirez

RODOLFO RAMIREZ
Assistant United States Attorney